**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PHILIP GEGENHEIMER, JR.,**<br>       Plaintiff,<br><br>       v.<br><br>**PENN-PATRIOT INSURANCE COMPANY, et al.,**<br>       Defendants. | **CIVIL ACTION**<br><br><br>**NO. 13-1060** |

## O R D ER

**AND NOW**, this 17th day of July, 2013, for the reasons stated in the Court's Memorandum of even date, it is hereby **ORDERED** that Penn-Patriot Insurance Company's Motion to Dismiss Complaint (ECF 5) is **GRANTED**.

The Clerk shall close this case.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-1060 gegenheimer v. penn-patriot\13cv1060.Order dismiss.docx